**McCARTHY & HOLTHUS, LLP**
Kristin A. Schuler-Hintz (NSB# 7171)
khintz@mccarthyholthus.com
Thomas N. Beckom, Esq. (NSB# 12554)
tbeckom@mccarthyholthus.com
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
 Telephone:    (702) 685-0329
Attorneys for Defendant *MidFirst Bank*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EQUITY TRUST COMPANY CUSTODIAN FBO MELISSA SCALERA IRE,<br><br>Plaintiff,<br><br>v.<br><br>MIDFIRST BANK, form and type of entity unknown, aka BANK MIDFIRST; MISSION POINTE CONDOMINIUMS HOMEOWNERS ASSOCIATION, a Nevada non-profit corporations  DOES individuals I through XX; and ROE BUSINESS ENTITIES  I through X, inclusive<br><br>Defendants. | Case No.  2:15-cv-00975-MMD-VCF<br><br>**STIPULATION AND ORDER TO REMAND TO STATE COURT** |

COMES MIDFIRST BANK (hereinafter "MIDFIRST") on the one hand by and through their counsel of record Thomas N. Beckom, Esq of the law firm of McCarthy & Holthus LLP and EQUITY TRUST COMPANY CUSTODIAN FBO MELISSA SCALERA IRE  ("EQUITY TRUST") by and through their counsel of record Joseph Hong, Esq of the law firm of Hong and Hong and hereby file this Stipulation and Order to Remand to State Court.

## **RECITALS**

1. On May 12, 2015; the Equity Trust filed a complaint alleging *inter alia* Quiet Title of 10245 South Maryland Parkway U.23 B.2191 (the "Subject Property").

2. MidFirst timely removed this instant case on May 26, 2015 and thereafter filed a Motion to Dismiss the instant complaint (Doc 5).

Page | 1                                                                                                          NV-15-660002-DCR

3. Thereafter on June 22, 2015; the Equity Trust filed a Motion to Remand the Case to State Court.

4. With neither party admitting error in either the removal and/ or motion to remand and without reaching the merits of the Equity Trust's Motion for Remand; the parties hereby agree to remand this case to state court consistent with this stipulation.

## **STIPULATION**

It is hereby **STIPULATED** that the parties hereby stipulate to remand this case to state court.

DATED this 1st day of July, 2015           DATED this 1st day of July, 2015

**HONG & HONG PLC**                        **McCARTHY & HOLTHUS, LLP**


 /s/ Joseph Hong                             /s/ Thomas N. Beckom, Esq
Joseph Hong, Esq                           Kristin A. Schuler-Hintz, Esq
Nevada Bar No. 10580                       Nevada Bar No. 7171
10781 W. Twain Ave.                        Thomas N. Beckom, Esq
Las Vegas, NV 89135                        Nevada Bar No. 12554
*Attorney for Equity Trust*                9510 West Sahara Avenue, Suite200
                                           Las Vegas, Nevada 89117
                                           *Attorney for MidFirst Bank*

**IT IS SO ORDERED**

DATED THIS 2nd day of July 2015.

_____
UNITED STATES DISTRICT JUDGE